**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00091-CV

## IN THE INTEREST OF B.N.G. AND G.J.G., MINOR CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-56335-2014**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 6,

2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/    ELIZABETH LANG-MIERS
        PRESIDING JUSTICE